UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHMED FOUAD ALI, ) | |
| ) | CASE NO. C10-983-TSZ |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| A. NEIL CLARK, Field Office Director, U.S. ) | |
| Immigration and Customs Enforcement, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the objections thereto, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, docket no. 14.

(2) Respondent's motion to dismiss (Dkt. 9) is GRANTED, and this action is DISMISSED with prejudice.

(3) This Order is without prejudice as to Petitioner's other habeas proceeding, Case No. C10-846TSZ-BAT, in which a motion to dismiss is currently pending.

(4) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 5th day of November, 2010.

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL
PAGE -1